UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-473 DOC (FFMx) | Date | September 28, 2010 |
|---|---|---|---|
| Title | MICHAEL CARDENAS, et al. v. McLANE FOODSERVICE, Inc., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | N/A   CS 9/28/2010 |
|---|---|
| Deputy Clerk | Court Reporter / Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Aashish Y. Desai | David A. Wimmer |

**Proceedings:**   **PLAINTIFF'S MOTION TO COMPEL**

Case called. Counsel make their appearances. The Court GRANTS plaintiff's motion in part for the reasons stated on the record.

The Court set a briefing schedule on the issue of fees. Plaintiff is directed to file his supporting documentation within 7 days. Defendant McLane Foodservice Inc. may submit any opposition within 5 days thereafter; and plaintiff's reply, if any, is due no later than 2 days thereafter.

|   | : | 20 |
|---|---|---|
| Initials of Preparer | JM | |