UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0473 DOC (FFMx) | Date | October 19, 2010 |
|---|---|---|---|
| Title | MICHAEL CARDENAS, et al. v. MCLANE FOODSERVICE, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| J. Muñoz | CS 10/19/10 | |
| Deputy Clerk | Court Reporter / Recorder | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Aashish Desai | Matthew Kane | |

**Proceedings:** **DEFENDANT'S MOTION TO TAKE MORE THAN 10 DEPOSITIONS**
**PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

Case called.  Counsel make their appearance.  Court hears arguments.

Defendant's motion to take more than 10 depositions is granted as stated on the record.

Plaintiff's motion to compel is granted in part and denied in part as stated on the record.

Plaintiff's motion for sanctions is denied.

|  | : | 40 |
|---|---|---|
| Initials of Preparer | JM | |